UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) CR 12-0058RSM |
| vs. | ) ORDER CONTINUING DEFENDANT'S SENTENCING DATE |
| PATRICK KELLY ANKROM, | ) |
| Defendant. | ) |

THIS MATTER having come before the undersigned on the stipulated motion of the parties, and finding that the interests of the parties will be served by continuing the current sentencing date of October 19th 2012 to after January 28, 2013, it is hereby;

ORDERED that the defendant's sentencing date be continued to February 1, 2013 at 10:00am.

DONE this 15 day of October, 2012

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

S/ Cathy Gormley
Cathy Gormley
Attorney for Defendant
600 1st Avenue Suite 106
Seattle, WA. 98104
Tel: (206) 624-0508
E-Mail: cathy@cgormleylaw.com

**Law Offices of Cathy Gormley**
**600 1st Avenue Suite 106**
**Seattle, WA 98104**
**(206) 624-0508**
**Fax (206) 622-9190**

ORDER CONTINUING SENTENCING